```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 35823
   NORA L SPEARMAN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0181

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/27/2004 and was confirmed 11/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 08/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHRYSLER FINANCIAL         SECURED            12000.00       1311.49      12000.00
CHRYSLER FINANCIAL         UNSECURED            576.23          .00         576.23
CHRYSLER FINANCIAL         NOTICE ONLY       NOT FILED          .00            .00
WATERFIELD MORTGAGE CO     CURRENT MORTG          .00           .00            .00
AT & T WIRELESS            UNSECURED         NOT FILED          .00            .00
CAPITAL ONE BANK           UNSECURED             646.64         .00         646.64
SEARS ROEBUCK & CO         UNSECURED         NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED             434.39         .00         434.39
FASHION BUG                UNSECURED         NOT FILED          .00            .00
FASHION BUG BANK OHIO      NOTICE ONLY       NOT FILED          .00            .00
GE CAPITAL CONSUMER CARD   UNSECURED         NOT FILED          .00            .00
GE CAPITAL CONSUER CARD    NOTICE ONLY       NOT FILED          .00            .00
HOUSEHOLD BANK             UNSECURED         NOT FILED          .00            .00
HOUSEHOLD BANK             NOTICE ONLY       NOT FILED          .00            .00
PROVIDIAN  MASTERCARD      UNSECURED         NOT FILED          .00            .00
PROVIDIAN                  NOTICE ONLY       NOT FILED          .00            .00
RESURGENT ACQUISITION LL   UNSECURED             516.91         .00         516.91
SHERMAN ACQUISITION        UNSECURED         NOT FILED          .00            .00
EHS TRINITY HOSPITAL       UNSECURED             138.76         .00         138.76
TRINITY HOSPITAL           NOTICE ONLY       NOT FILED          .00            .00
UNIFUND CORP               UNSECURED         NOT FILED          .00            .00
VERIZON WIRELESS           UNSECURED             402.04         .00         402.04
RESURGENT ACQUISITION LL   UNSECURED             190.93         .00         190.93
JRS-I INC                  FILED LATE           4831.04         .00            .00
CGR SERVICES INC           FILED LATE           1332.85         .00            .00
LEDFORD & WU               DEBTOR ATTY         1,694.00                    1,694.00
TOM VAUGHN                 TRUSTEE                                         1,052.52
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 35823 NORA L SPEARMAN

```
--------------------------------------------------------------------------------
TRUSTEE                                  18,963.91

PRIORITY                                                              .00
SECURED                                                         12,000.00
    INTEREST                                                     1,311.49
UNSECURED                                                        2,905.90
ADMINISTRATIVE                                                   1,694.00
TRUSTEE COMPENSATION                                             1,052.52
DEBTOR REFUND                                                         .00
                                     ---------------       ---------------
TOTALS                                   18,963.91              18,963.91
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 11/20/08                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE